**Dismissed; Opinion Filed January 15, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00795-CV

**NAZARIO CHAVEZ, JR., Appellant**
**V.**
**FLORA CARREON AND JOHN G. ROBLEDO, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02264-A**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Evans
Opinion by Justice Evans

Appellant's brief in this case is overdue. By postcard dated November 7, 2019, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tᴇx. R. Aᴘᴘ. P. 38.8(a)(1); 42.3(b), (c).


/David Evans/

DAVID EVANS
JUSTICE


190795F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NAZARIO CHAVEZ, JR., Appellant

No. 05-19-00795-CV          V.

FLORA CARREON AND JOHN G.
ROBLEDO, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-18-02264-A.
Opinion delivered by Justice Evans.
Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 15th day of January, 2020.